[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-13557

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

JERU SHAKUR,
a.k.a. Ghost,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 1:23-cr-00024-AW-MAL-2

2                    Opinion of the Court                    24-13557

————————————

Before JORDAN, BRANCH, and ANDERSON, Circuit Judges.

PER CURIAM:

Christopher James Jones, appointed counsel for Jeru Shakur in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Shakur's convictions and sentences are **AFFIRMED**.